UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:14-cr-00007 |
| v. | ) | Judge Campbell |
| | ) | |
| BRIAN MANOOKIAN | ) | |

## GOVERNMENT'S SENTENCING POSITION

The United States of America ("the Government"), by and through David Rivera, United States Attorney for the Middle District of Tennessee, and the undersigned Assistant U.S. Attorney, hereby states that it has no objections to the revised Presentence Investigative Report dated June 2, 2015.

The Government requests that the Court sentence the Defendant to term of probation of one year with supervision to include the following condition: the defendant shall be placed on home confinement for a period of nine months without electronic monitoring. The Government further requests that the Court impose a fine of $1,000 and a special assessment of $25.00.

Respectfully submitted,

DAVID RIVERA
United States Attorney

BY: s/ William F. Abely
William F. Abely
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, via CM/ECF, on this, the 15th day of June, 2015.

                                      s/ William F. Abely